Hands On Physical Therapy Care v Ameriprise Ins. (2022 NY Slip Op
50571(U))

[*1]

Hands On Physical Therapy Care v Ameriprise Ins.

2022 NY Slip Op 50571(U) [75 Misc 3d 137(A)]

Decided on June 10, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 10, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2020-75 K C

Hands On Physical Therapy Care, as
Assignee of Drouillard, Jacqueline, Appellant, 
against
Ameriprise Insurance, Respondent. 

The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Callinan & Smith LLP (Michael A. Callinan of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Rosemarie
Montalbano, J.), entered August 27, 2019. The order granted defendant's motion for summary
judgment dismissing the complaint and denied plaintiff's cross motion for summary
judgment.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order granting defendant's motion for summary judgment dismissing the complaint and
denying plaintiff's cross motion for summary judgment.
For the reasons stated in PFJ Med. Care, P.C., as Assignee of Simmond, Tylon B. v
Nationwide Ins. (— Misc 3d —, 2022 NY Slip Op — [appeal No.
2020-74 K C], decided herewith), the order is affirmed.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 10, 2022